## NUTMEG CONCRETE, INC. *v.* JAMES E. DWYER, INC. (6367)

BORDEN, NORCOTT and FOTI, Js.

Submitted on briefs September 20—decision released October 11, 1988

*John M. Zullo* filed a brief for the appellant (plaintiff).

*Robert E. Grant* filed a brief for the appellee (defendant).

PER CURIAM. There is no error.